# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| YOHAN MANUEL MARIN ROSARIO, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| KRISTI NOEM, Secretary of the Department of Homeland Security, TODD LYONS, Field Office Director for U.S. Immigration and Customs Enforcement, ANTHONY J. LAROCCO, Sheriff of the Nassau County Correctional Center, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:26-cv-00870-GRB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTI NOEM, Secretary of the Department of Homeland Security,
U.S. Department of Homeland Security, Washington, DC 20528
TODD LYONS, Field Office Director for U.S. Immigration and Customs Enforcement,
500 12th St. SW, Washington, D.C. 20536
ANTHONY J. LAROCCO, Sheriff of the Nassau County Correctional Center,
100 Carman Avenue East Meadow, NY 11554

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Fishman, Esq.
Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, NY 11550
(516) 280-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*



Date: 2/14/2026 _____      _Laura Jakubowski_ _____
                                      *Signature of Clerk or Deputy Clerk*