

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 16, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Yohan Manuel Marin Rosario v. Noem,* 26-cv-870 (Brown, J.)

Dear Judge Brown:

This Office represents Federal Respondents in the above captioned habeas petition filed by Petitioner Yohan Manuel Marin Rosario ("Petitioner"). Docket Entry ("DE") #1. On February 17, 2026, this Court held a bail hearing and released Petitioner on his own recognizance. The Court also ordered briefing on the merits of Petitioner's habeas petition. Pursuant to the February 17, 2026 Order, Federal Respondents' brief is due tomorrow, March 17, 2026.

The Federal Respondents respectfully request an additional 30 days, to April 16, 2026, to respond to Petitioner's petition, if necessary. The Petitioner consents to this request. The parties have been diligently working on a resolution of this matter that would not involve further litigation and resources, *i.e.*, a stipulation of dismissal with conditions acceptable to both parties). The parties require additional time to negotiate an acceptable stipulation.

The Federal Respondents thank the Court for its attention to this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Megan J. Freismuth
Megan J. Freismuth
Assistant U.S. Attorney
(631) 715-7905