**Monteiro & Fishman LLP**
ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street, Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600
Fax: 516/280.4530
MFLawNY.com

Michael Fishman, Esq.
*Partner*
516/280.4600 x 106
mfishman@mflawny.com

May 15, 2026

**BY ECF**
The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Rosario v. Noem, et al.*
2:26-cv-00870-GRB

Dear Judge Brown:

This office represents Petitioner, Yohan Manuel Marin Rosario, in the above referenced habeas matter. We submit this letter in reply to the Federal Respondents' letter of April 16, 2026, which they submit "in lieu of a formal brief" in opposition to our writ request. In their letter, the Federal Respondents try to adopt arguments they previously made to this Court in the unrelated matter entitled "*Garcia-Lanza*." However, we were not a party to the *Garcia-Lanza* action, and therefore, are unaware of the arguments made therein. Thus, we specifically oppose the adoption of any such undisclosed arguments in this case.

As to the remaining arguments contained in the Federal Respondents letter, we note that same have been outright rejected by the Second Circuit in the recent decision Barbosa da Cunha v. Freden, -- F.4th --, 2026 WL 1146044 (2d Cir. April 28, 2026). Accordingly, this issue has been resolved in favor of the Petitioner by controlling case law from this Circuit.

Notwithstanding, we join in the Federal Respondents request in their letter that the Court decide this matter without further briefing or additional hearings (in accordance with its decision at the bail hearing). However, should the Court prefer to receive formal memoranda of law in this matter, Petitioner will file such a brief upon the Court's request, and we reserve all rights, including the right to appeal.

Thank you for Your Honor's time and consideration in this matter.

Very truly yours,

MONTEIRO & FISHMAN LLP

/s/Michael Fishman