**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
**YOHAN MANUEL MARIN ROSARIO**

Petitioner,

- against -

***KRISTI NOEM*** *Secretary of the Department of Homeland Security,* ***TODD M. LYONS*** *Field Office Director of U.S. Immigration and Customs Enforcement,* **ANTHONY J. LAROCCO**, *Sheriff of the Nassau County Correction Center,*

Respondents.
-----------------------------------------------------X

**JUDGMENT**
CV 26-870 (GRB)

An Order of the Honorable Gary R. Brown, United States District Judge, having been filed on July 10, 2026; granting Petitioner's petition for a writ of habeas corpus 28 U.S.C. § 2241; and directing the Clerk of Court to enter judgment and close the case, it is

**ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus is granted; and that the case is closed.

Dated: July 14, 2026
Central Islip, New York

Approved by: *_/s/ Gary R. Brown_*
GARY R. BROWN
United States District Judge

Dated: July 14, 2026
Central Islip, New York

Approved by: [signature]
BRENNA B. MAHONEY
Clerk of Court